UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JKAYC, LLC

        Plaintiff(s),

- against -

NOAH BANK

        Defendant(s).
-----------------------------------------------------------x

19 Civ. 11561 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. The plaintiff LLC and its member reside in the EDNY and the cause of action relates to a leasehold in the EDNY.

2. The parties consent to the transfer of this action to the EDNY.

3. The Clerk shall promptly transfer this action to the United States District Court for the Eastern District of New York.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
2-20-20