# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **June 23, 2020** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 20-943 (PKC)** |
| **NAME OF CASE(S):** | **JKAYC, LLC v. Bank** |
| **FOR PLAINTIFF(S):** | **Basil and McGuire** |
| **FOR DEFENDANT(S):** | **Zampino** |
| **NEXT CONFERENCE(S):** | **THE COURT WILL HOLD A TELEPHONE STATUS CONFERENCE AT 12 NOON ON NOVEMBER 6, 2020.** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**Counsel report that it has been difficult to serve and obtain documents from third-party regulatory agencies and that it is important to obtain those documents before proceeding with depositions. Accordingly, the time for completing fact discovery is extended to October 15, 2020, expert reports will now be produced by December 15, 2020, and rebuttal expert reports will be produced by January 15, 2020.**

**THE COURT WILL HOLD A TELEPHONE STATUS CONFERENCE AT 12 NOON ON NOVEMBER 6, 2020.**