# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JKAYC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NOAH BANK, <br><br> Defendant. | Civil Action No. 1:20-cv-943 (PKC) (SMG) <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** <br><br> **(WITHOUT CONSENT)** <br><br> Motion Date:  October   , 2020 |

TO:    A. Berman, Esq.
         Kelly A. Zampino, Esq.
         HARTMANN DOHERTY ROSA
         BERMAN & BULBULIA, LLC
         433 Hackensack Avenue, Suite 1002
         Hackensack, New Jersey 07601
         (201) 441-9056
         Attorneys for Defendant Noah Bank

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant, Carolyn McGuire, Esq., Of Counsel to The Basil Law Group, P.C. and managing member, McGuire Law, LLC, in support of this motion; and the Certificate of Good Standing dated August 24, 2020 of the Supreme Court of New Jersey, annexed thereto, Plaintiff, through its attorneys, The Basil Law Group, P.C., Robert J. Basil, Esq., appearing, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member in good standing of the bar of the State of New Jersey, and admitted to practice there in all New Jersey state and federal courts, as

attorney *pro hac vice,* to argue or try this case in whole or in part as counsel for Plaintiff. There are no pending disciplinary proceedings against Movant in any state or federal court.

                                                                        Respectfully submitted,

Dated: September 25, 2020                          /s/ Robert J. Basil, Esq.

                                      Robert J. Basil, Esq., The Basil Law Group, P.C.
on behalf of movant Carolyn McGuire, Esq., Of Counsel to The Basil Law Group, P.C

THE BASIL LAW GROUP, P.C.
Robert J. Basil, Esq. (RB3410)
32 East 31st Street, 9th Floor
New York, NY 10016
917-994-9973
831-536-1075 (fax)
robertjbasil@rjbasil.com
*Attorneys for Plaintiff, JKAYC*