

800 Third Avenue, 28th Floor
New York, New York 10022
t: 212.344.4619
f: 212.202.4858
www.hdrbb.com

Hackensack Office
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201.441.9056

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

October 5, 2020

**VIA ECF**

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

      Re:    *JKAYC, LLC v. Noah Bank*
               Civil No. 20-943 (PKC)(SMG)

Dear Judge Gold:

      This firm represents Noah Bank. Please accept this letter in lieu of a more formal brief in opposition to Plaintiff JKAYC, LLC's Notice of Motion to Admit Counsel Pro Hac Vice. Plaintiff's motion seeks the admission of Carolyn McGuire, Esq. who is Of Counsel to The Basil Law Group P.C.

      On September 25, 2020, Noah Bank filed a Motion to Disqualify The Basil Law Group, P.C. as counsel for Plaintiff. (Dkt. No. 19.) If Noah Bank's motion is granted, Ms. McGuire, too, would be disqualified from representing Plaintiff. For that reason only, Noah Bank opposes Plaintiff's motion.

                                          Respectfully yours,

                                          /s Kelly A. Zampino

                                          Kelly A. Zampino

cc:     All Counsel of Record (via ECF)