# THE BASIL LAW GROUP
**A PROFESSIONAL CORPORATION**
**COUNSELLORS AT LAW**

**32 EAST 31ST STREET, 9TH FLOOR**
**NEW YORK, NY 10016**
**TELEPHONE: 917-994-9973**
**E-FAX: 831-536-1075**
**ROBERTJBASIL@RJBASIL.COM**

**OCTOBER 6, 2020**

Hon. Steven M. Gold

    Re:    JKAYC v Noah Bank
             Civ. No. 1:20-cv-943-PKC-SMG

Dear Judge Gold:

As the Court is aware, this firm represents the Plaintiff in this action. I write to inform the Court that in preparation for the conference call with the Court scheduled for October 8, 2020, counsel for each party communicated by telephone in an effort to resolve the pending disqualification issues. However, no agreement was reached.

                              Respectfully submitted,

                              <u>/s Robert J. Basil</u>

                              Robert J. Basil