THE BASIL LAW GROUP, P.C.
Robert J. Basil, Esq. (RB3410)
32 East 31st Street, 9th Floor
New York, New York 10016
Tel: 917-994-9973
*Attorneys for Plaintiff, JKAYC, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X  Case No.: 1:20-cv-00943 (PKC) (SMG)
JKAYC, LLC,                                                    :

                       Plaintiff,      :   **NOTICE OF OBJECTIONS AND**
                                                             **MOTION TO SET ASIDE**
   - against –                                                   :   **MAGISTRATE'S ORDER**
                                                                **DISQUALIFYING COUNSEL**
NOAH BANK,                                                     :
                       Defendant.      :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 72(a), plaintiff JKAYC, LLC and its counsel, THE BASIL LAW GROUP, P.C. and ROBERT J. BASIL, will move this Court at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order setting aside the Memorandum and Order filed January 4, 2021 of Hon. Steven M. Gold, U.S.M.J. disqualifying THE BASIL LAW GROUP, P.C. and ROBERT J. BASIL from representing the plaintiff in this action, on the ground that such Order is clearly erroneous and contrary to law.

**PLEASE TAKE FURTHER NOTICE** that movants rely upon the accompanying Memorandum of Law and Declaration of Robert J. Basil, together with the exhibits annexed thereto.

1

Dated: January 13, 2021

THE BASIL LAW GROUP
*Attorneys for plaintiff, JKAYC, LLC*

By: _____
Robert J. Basil