jkayc llc
From: jason lee (san6060@yahoo.com)
To: robertjbasil@rjbasil.com
Date: Sunday, January 31, 2021, 05:06 PM EST

Dear Court,

I talked to Tae Hoon Kim, my attorney when represent signed lease on Oct 2018 with Noah Bank, he decline to represent me, he told me that he does not have litigation experience.

I also talked to Peter Jeon Manhattan attorney that Peter is still thinking to accept me as his client or not, because I asked him as contingency fees basis for legal fees.

I still want you to represent me if court can accept, otherwise. I have to wait to hire Peter Jeon as contingency fees basis.

Sincerely,
Chung Kang Lee
Managing Partner