# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

PLEASE RESPOND TO:
144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE: (973) 335-6409
TELECOPIER: (973) 335-3717
E-MAIL: neil@bgandg.com

PERETZ BRONSTEIN (NY)
EDWARD N. GEWIRTZ* (NJ AND NY)
NEIL GROSSMAN (NJ AND NY)
YITZHAK E. SOLOVEICHIK (NY)
- OF COUNSEL -
YITZHAK GREENBERG (NJ AND NY)
EITAN KIMELMAN (NY)
SHIMON YIFTACH (CA AND NY)

* REGISTERED PATENT ATTORNEY

NEW JERSEY OFFICE
40 CALUMET AVENUE
LAKE HIAWATHA, NJ 07034

NEW YORK OFFICE
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165
(212) 697-6484

February 1, 2021

<u>VIA ECF</u>
Hon. Pamela K. Chen, U.S.D.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *JKAYC, LLC v. Noah Bank*
            Case No.: 1:20-cv-00943-(PKS)(RLM)

Dear Judge Chen:

    I am of counsel to The Basil Law Group, P.C. ("Basil Law"), attorneys in this matter for the plaintiff, JKAYC, LLC. On January 14, 2021, the plaintiff and Basil Law filed a motion, ECF Doc. 31, to set aside Judge Gold's Memorandum and Order filed January 4, 2021, ECF Doc. 30, Thereafter, on January 15, 2021, Your Honor advised the defendant that it might file an opposition to that motion by January 29, 2021. Defendant so filed, ECF Doc. 33.

    Plaintiff and Basil Law now wish to file a brief in reply to defendant's opposition. We would be grateful to know whether we will be permitted to do so and when we must file. Thank you very much for your consideration of the foregoing.

                                                               Very truly yours,

                                                               Neil Grossman

cc:    (VIA ECF)
        Hon. Roanne L. Mann, U.S.M.J.
        All Counsel of Record