# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
A NEW YORK LIMITED LIABILITY COMPANY
AUTHORIZED TO DO BUSINESS IN NEW JERSEY
PLEASE RESPOND TO:
144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE: (973) 335-6409
TELECOPIER: (973) 335-3717
E-MAIL: neil@bgandg.com

PERETZ BRONSTEIN (NY)
EDWARD N. GEWIRTZ* (NJ AND NY)
NEIL GROSSMAN (NJ AND NY)
YITZHAK E. SOLOVEICHIK (NY)
EITAN KIMELMAN (NY)
- OF COUNSEL -
YITZHAK GREENBERG (NJ AND NY)
MENACHEM M. KATZMAN (NY)

NEW JERSEY OFFICE
40 CALUMET AVENUE
LAKE HIAWATHA, NJ 07034

NEW YORK OFFICE
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165
(212) 697-6484

* REGISTERED PATENT ATTORNEY

January 25, 2022

VIA ECF
Hon. Pamela K. Chen, U.S.D.J.
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *JKAYC, LLC v. Noah Bank*
     Case No.: 1:20-cv-00943-(PKS)(RLM)

Dear Judge Chen:

  This office has acted as attorney for the plaintiff following the disqualification of prior counsel, The Basil Law Group, P.C. ("Basil Law"), to which I am of counsel. I submit this likely unnecessary letter to ensure compliance with your text order in this matter dated January 12, 2022. That order directed me either to submit a letter describing my relationship to Basil Law or else to move to withdraw from further participation in this action.

  In the interim, plaintiff retained the firm of Platzer, Swergold, Goldberg, Katz & Jaslow, LLP to act as its attorney, and I signed a proposed consent order substituting that firm for mine as plaintiff's counsel. That consent order was filed as Document 40 in this action on January 19, 2022.

       As my office no longer represents the plaintiff, I assume that the Court no longer requires either a motion to withdraw or a letter regarding my relationship with Basil Law. On the other hand, if the Court does seek further input from me regarding this action, I am of course happy to comply.

       If such further input is required, I would be grateful to be so notified. Thank you very much for your consideration.

                                                    Respectfully submitted,

                                                    _s/ Neil Grossman_
                                                  Neil Grossman

cc:     (VIA ECF)
           Hon. Roanne L. Mann, U.S.M.J.
           All Counsel of Record