# BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

A NEW YORK LIMITED LIABILITY COMPANY
AUTHORIZED TO DO BUSINESS IN NEW JERSEY
PLEASE RESPOND TO:
144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE: (973) 335-6409
TELECOPIER: (973) 335-3717
E-MAIL: neil@bgandg.com

PERETZ BRONSTEIN (NY)
EDWARD N. GEWIRTZ* (NJ AND NY)
NEIL GROSSMAN (NJ AND NY)
YITZHAK E. SOLOVEICHIK (NY)
EITAN KIMELMAN (NY)
 - OF COUNSEL -
YITZHAK GREENBERG (NJ AND NY)
MENACHEM M. KATZMAN (NY)

* REGISTERED PATENT ATTORNEY

NEW JERSEY OFFICE
40 CALUMET AVENUE
LAKE HIAWATHA, NJ 07034

NEW YORK OFFICE
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165
(212) 697-6484

January 28, 2022

<u>VIA ECF</u>

Hon. Pamela K. Chen, U.S.D.J.
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *JKAYC, LLC v. Noah Bank*
            Case No.: 1:20-cv-00943-(PKS)(RLM)

Dear Judge Chen:

      I am at this moment counsel of record for plaintiff JKAYC, LLC. Earlier this month, the firm of Platzer, Swergold, Goldberg, Katz & Jaslow, LLP (the "Platzer Firm") filed a proposed consent order, Document 40 (copy attached), substituting itself for me as plaintiff's counsel. This morning I received an e-mail from the Court indicating that the Platzer Firm's application had been granted. However, that notice states that I am substituting in as counsel in place of the Platzer Firm, instead of the other way around. We assume the Court's notice resulted from a simple error, and respectfully request that it be corrected.

Hon. Pamela K. Chen, U.S.D.J.  January 28, 2022
Page 2

     If any other action need be taken, I would be most grateful to be so notified. Thank you very much for your consideration of the foregoing.

                                    Respectfully submitted,

                                    _s/ Neil Grossman_
                                  Neil Grossman

cc:    (VIA ECF)
       Hon. Roanne L. Mann, U.S.M.J.
       All Counsel of Record

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

JKAYC, LLC

Plaintiff(s),

V.

NOAH BANK

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-CV-943(PKC)(SMG)

Notice is hereby given that, subject to approval by the court, __JKAYC, LLC__ substitutes
(Party (s) Name)

__CLIFFORD A. KATZ__, State Bar No. __2236339__ as counsel of record in
(Name of New Attorney)

place of __NEIL D. GROSSMAN, ESQ. - BRONSTEIN, GEWIRTZ & GROSSMAN LLC__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP
Address: 475 PARK AVENUE SOUTH, 18TH FLOOR, NEW YORK, NY 10016
Telephone: (212) 593-3000    Facsimile (212) 593-0353
E-Mail (Optional): ckatz@platzerlaw.com

I consent to the above substitution.
Date: 1/13/2022

_(Signature of Party(s))_
owner Myoung H Lee

I consent to being substituted.
Date: 1/13/2022

_(Signature of Former Attorney(s))_
Neil Grossman

I consent to the above substitution.
Date: 1/13/2022

/s/ Clifford A. Katz
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]