# PLATZER, SWERGOLD,
# GOLDBERG, KATZ & JASLOW, LLP

*COUNSELORS AT LAW*

475 PARK AVENUE SOUTH　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOUR GREENTREE CENTRE
18TH FLOOR　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　601 ROUTE 73 NORTH
NEW YORK, NEW YORK 10016　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUITE 305
TELEPHONE 212.593.3000　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARLTON, NEW JERSEY 08053
FACSIMILE 212.593.0353　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE 856.782.8644

WWW.PLATZERLAW.COM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　□ *If checked, reply to*
NY DCL # 1315219　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*New Jersey Office*

April 6, 2022

**VIA ECF**

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　*JKAYC, LLC v. Noah Bank*, 1:20-cv-00943-PKC-RLM

Dear Judge Mann:

　　We are attorneys for plaintiff, JKAYC, LLC ("Plaintiff"), and write with the consent and approval of counsel for defendant, Noah Bank ("Defendant"), to: (a) comply with Your Honor's "Order re #44" which, *inter alia*, required counsel for the parties to inform the Court by April 6, 2022 as to their preference for either a settlement conference with Your Honor or referral to court-annexed mediation, and (b) to request that the parties discovery schedule be modified by extending the current deadlines by, approximately, an additional thirty days.

　　The extended discovery deadlines are necessary because Plaintiff's corporate representatives require the services of a Korean-to-English translator for their depositions. The parties agree that the current discovery schedule makes the logistics for conducting these depositions impractical. Moreover, the parties have scheduled four (4) depositions to date and believe that the additional time will allow party and third-party depositions to be completed on schedule, barring any unforeseen circumstances.

**PLATZER, SWERGOLD,
GOLDBERG, KATZ & JASLOW, LLP**
*COUNSELORS AT LAW*

Hon. Roanne L. Mann
April 6, 2022
Page -2-

The parties propose that the schedule be modified as follows: fact discovery, including depositions, to be completed by May 27, 2022. Expert reports to be served by July 29, 2022, and rebuttal expert reports to be served by August 26, 2022. While the parties did not state explicitly that there would be a time period for expert depositions, the parties contemplated the possibility of conducting such depositions and propose that they be completed by September 23, 2022.

To accommodate this modified schedule, counsel for the parties have conferred and chosen to request that Your Honor schedule a settlement conference at a date convenient for the Court and the parties between June 21 and June 30, 2022, or as soon thereafter as is practicable

Respectfully Submitted,

**PLATZER, SWERGOLD,
GOLDBERG, KATZ & JASLOW, LLP**

By: /s/ *Richard A. Lafont*
      Richard A. Lafont
      rlafont@platzerlaw.com

cc: Kelly A. Zampino, Esq. (via ECF)