UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JKAYC, LLC,

    Plaintiff,

v.

NOAH BANK,

    Defendant.

Civil No. 20-943 (PKC)(RLM)

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff JKAYC, LLC and Defendant Noah Bank by and through their undersigned attorneys, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is voluntarily dismissed in its entirety with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

_____
Clifford A. Katz, Esq.
Richard A. Lafont, Esq.
**PLATZER SWERGOLD GOLDBERG KATZ & JASLOW LLP**
475 Park Avenue, 18th Floor
New York, NY 10016
212-593-3000
*Attorneys for Plaintiff*
*JKAYC, LLC*

_____
Mark A. Berman, Esq.
Kelly A. Zampino, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
1270 Avenue of Americas, Suite 816
New York, NY 10020
212-344-4619
*Attorneys for Defendant*
*Noah Bank*

Dated: July 22, 2022